1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FELIX GUZMAN RIVADENEIRA,                No.  2:15-cv-1452 CKD P

12                 Plaintiff,

13          v.                               ORDER

14   DEPARTMENT OF HOMELAND
     SECURTY, et al.,
15
                    Defendants.
16

17

18          Plaintiff, an Illinois prisoner proceeding pro se, has filed a civil rights action pursuant to

19   42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

20   U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

21   pauperis on the correct form used by this district.  Accordingly, plaintiff's application will be

22   denied without prejudice and plaintiff will be provided the opportunity to submit the application

23   on the appropriate form.  Plaintiff is cautioned that he must also provide a certified copy of his

24   prison or jail trust account statement for the six month period immediately preceding the filing of

25   his complaint.

26   /////

27   /////

28   /////

                                                1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without

3  prejudice;

4    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

5  Forma Pauperis By a Prisoner; and

6    3.  Plaintiff shall submit, within thirty days from the date of this order, a completed

7  application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result

8  in a recommendation that this action be dismissed without prejudice.

9  Dated:  July 14, 2015

10                                                                        _____

11                                                                        CAROLYN K. DELANEY
                                                                          UNITED STATES MAGISTRATE JUDGE

12

13

14   1
     riva1452.3d
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2