UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX GUZMAN RIVADENEIRA, | No. 2:15-cv-1452 CKD P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF HOMELAND SECURTY, et al., | |
| Defendants. | |

By an order filed July 14, 2015, plaintiff was ordered to file a completed in forma pauperis application within thirty days and was cautioned that failure to do so would result in dismissal. The thirty day period has now expired, and plaintiff has not responded to the court's order. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: August 25, 2015

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/riva1452.fifp